IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEN JOSEPH, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, TRANS UNION, LLC, EQUIFAX, INC., and EQUIFAX INFORMATION SERVICES, LLC, | : CIVIL ACTION NO. <br> : 1:18-CV-3433-AT-RLV <br> : <br> : |
| | : |
|     Defendants. | : |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") [Doc. 4] that this action be dismissed without prejudice for failure to comply with the Court's Order and under 28 U.S.C. § 1915(a).

Under 28 U.S.C. § 636(b)(1), the Court reviews the Magistrate Judge's R&R for clear error if no objections are filed to the report. 28 U.S.C. § 636(b)(1). If a party files objections, however, the district court must determine de novo any part of the Magistrate Judge's disposition that is the subject of a proper objection. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b).

On August 3, 2018 the Magistrate Judge entered an order granting Plaintiff leave to proceed *in forma pauperis*, but ordering him to replead his complaint

within 14 days to address certain deficiencies. (Doc. 2.) On August 22, 2018, the Magistrate Judge issued the instant R&R recommending the dismissal without prejudice of this action because Plaintiff had failed to file an amended complaint as directed. On August 27, 2018, Plaintiff filed an Amended Complaint. (Doc. 6).

As Plaintiff is proceeding pro se and his late filing was de minimus, the Court will allow his filing to be considered <u>this</u> time. However, Plaintiff is **ADVISED** that future failure to comply with timelines or to request an extension on a timely basis will not be excused. Accordingly, the Court **DECLINES TO ADOPT** the Magistrate Judge's Report and Recommendation as the opinion of this Court. The Clerk is **DIRECTED** to **REFER** this matter back to the Magistrate Judge for consideration of Plaintiff's Amended Complaint for compliance with the directives set forth in his August 3rd Order.

**IT IS SO ORDERED** this 14th day of September, 2018.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**