**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

KEN JOSEPH,

                    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION               Civil No. 1:18-cv-03443-AT-RGV
LLC, EQUIFAX, INC., and EQUIFAX
INFORMATION SERVICES, LLC,

                    Defendants.

**DEFENDANT TRANS UNION LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Trans Union LLC ("Trans Union") hereby sets

forth the following:

1.      The undersigned Counsel of Record for a party to this action certifies

that the following is a full and complete list of all parties in this action, including,

pursuant to FED. R. CIV. P. 7.1, any parent corporation and publicly held

corporation that owns 10% or more of stock in Trans Union:

- Ken Joseph, Plaintiff

- Experian Information Solutions, Inc., Defendant

- Equifax, Inc., Defendant

- Equifax Information Services, LLC, Defendant

- Trans Union LLC, Defendant

1

- TransUnion Intermediate Holdings, Inc.

- TransUnion

2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.   TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.   TransUnion is a publicly traded entity.   Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock.   No public company directly owns 10% or more of the ownership in Trans Union LLC.

3.     The undersigned further certifies that the following is a full and complete list of all persons serving as a lawyer in this proceeding:

Ken Joseph                                   Alex M. Barfield
596 Middleton Place                  alex.barfield@stantonlawllc.com
Grayson, GA 30017                    Stanton Law, LLC
(404) 831-8884                            410 Plasters Avenue NE, Suite 200
***Pro Se Plaintiff***                        Atlanta, GA 30308-3243
                                                    (404) 881-1288
                                                    ***Counsel for Trans Union LLC***

Rebecca Crawford Reynolds
rreynolds@jonesday.com
Jones Day
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
(404) 581-8825
(404) 581-8330 Fax
***Counsel for Experian Information Solutions, Inc.***

Kendall W. Carter
kcarter@kslaw.com
King & Spalding, LLP
1180 Peachtree Street, NE, 38th Floor
Atlanta, GA 30309
(404) 572-2395
***Counsel for Equifax Information Services, LLC and Equifax, Inc.***

Respectfully submitted,

/s/ Alex M. Barfield
_____
Alex M. Barfield
Georgia Bar No. 037147
Stanton Law, LLC
410 Plasters Avenue NE, Suite 200
Atlanta, GA  30308-3243
Telephone: (404) 881-1288
Email: alex.barfield@stantonlawllc.com
**COUNSEL FOR TRANS UNION LLC**

## **LOCAL RULE 5. 1 CERTIFICATION**

I hereby certify that TRANS UNION LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

/s/ Alex M. Barfield

**ALEX M. BARFIELD**

4

3384498.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Rebecca Crawford Reynolds
rreynolds@jonesday.com
Jones Day
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
(404) 581-8825
(404) 581-8330 Fax
***Counsel for Experian Information Solutions, Inc.***

Kendall W. Carter
kcarter@kslaw.com
King & Spalding, LLP
1180 Peachtree Street, NE, 38th Floor
Atlanta, GA 30309
(404) 572-2395
***Counsel for Equifax Information Services, LLC and Equifax, Inc.***

and I hereby certify that I have mailed by United States Postal Service the above and foregoing document to the following non-CM/ECF participants:

Ken Joseph
596 Middleton Place
Grayson, GA 30017
(404) 831-8884
***Pro Se Plaintiff***

/s/ Alex M. Barfield
**ALEX M. BARFIELD**
Georgia Bar No. 037147

5