IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 3 1 2018

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

**KEN JOSEPH**
*Plaintiff.*

vs

**EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC**
*Defendants.*

Civil Action No :
1:18-cv-3443-WMR-RGV

**TRIAL BY JURY DEMANDED**

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

PLAINTIFF, KEN JOSEPH ("PLAINTIFF"), proceeding *Pro Se,* hereby files PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT and states as follows:

1. PLAINTIFF request that the court grant an additional twenty one (21) days to file responses.

2. PLAINFIFF is a *pro-se* and do not have a legal staff to help research case laws.

3. PLAINTIFF is not an attorney and did not study law and therefore need the additional time to properly respond to each of DEFENDANTS' motion.

4. PLAINTIFF is currently interviewing for a competent Attorney to represent him.

5. PLAINTIFF needs an additional time in order to properly respond to DEFENDANT because PLAINTIFF, who is proceeding *Pro-Se*, is not capable of crafting a response within the time prescribed in the Federal Rules of Civil Procedure in that the plaintiff skills are limited especially during the holiday season when he is also traveling to spend time with friends and families.

6. The Plaintiff's skills are limited because he is proceeding *Pro-Se,* and is not a trained attorney and therefore lacks the skills necessary in order to frame such a response within the prescribed limited time.

7. PLAINTIFF was anticipating defendants' motion earlier, however their response was late and ran into the holiday season.

8. The Federal Rules of Civil Procedures were created in order to manage litigation.   Said rules, however, were intended to provide a reasonable time frame in which a trained professional, by the virtue of his or her training, was actually (humanly) capable of crafting.

9. PLANTIFF anticipates that he needs an additional 21 days in which to properly respond to the DEFENDANTS' joint Motions To Dismiss.

**WHEREFORE**, based upon the foregoing, PLAINTIFF, proceeding *Pro-Se*, hereby requests that this Court Grant him his MOTION FOR ENLARGEMENT OF TIME to file a response to DEFENDANTS' Joint Motion To Dismiss and Grant an extension of time in which to respond to the herein stated Plaintiff's Motions and such other and further relief as is deemed appropriate by this Court.

Respectfully submitted this 27th day of December, 2018.

*/s/ Ken Joseph*
Ken Joseph
596 Middleton Place,
Grayson, GA 30017
443-831-8884
Sem252525@aol.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the document above will be sent by first class mail USPS to counsel of record listed below for Plaintiff.

Rebecca Crawford Reynolds
Georgia Bar No. 194180
JONES DAY
1420 Peachtree St. NE, Ste. 800
Atlanta, GA 30309-3053
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
rreynolds@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc*

Alex M. Barfield
Georgia Bar No. 037147
STANTON LAW, LLC
410 Plasters Avenue NE, Suite 200
Atlanta, GA 30308-3243
Telephone: (404) 881-1288
Email: alex.barfield@stantonlawllc.com

*Attorney for Defendant*
*Trans Union LLC*

Kendall W. Carter
Georgia Bar No. 114556
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-2495
Facsimile: (404) 572-5100
kcarter@kslaw.com

*Attorney for Defendant*
*Equifax Information Services, LLC and Equifax, Inc.*

Dated:   December 27th, 2018

_____
Ken Joseph
596 Middleton Place
Grayson, GA 30017
Phone: 443-831-8884
Email: sem252525@aol.com

From: Ken Joseph
596 Middleton Place
Grayson Georgia
30017

CERTIF
1028
7018 0680 0001 6453 4081

GRAYSON, GA
30017
DEC 28, 18
AMOUNT
$3.95
30303-3318
R2305H128748-02

To: United State District Court Clerk
75 Ted Turner DR NW Suite 2211
Atlanta Ga 30303 USA

CLERK
DEC 31 2018
U.S. Marshals

30303$3318 C039